### CLEVELAND NATIONAL BANK *vs.* REYNOLDS.

COMPLAINT, FROM FLOYD. New Trial. (Before Judge Branham).

Jackson, C. J.—There was no error in overruling the city court and granting a new trial on account of the providential absence of the defendant in error from court.

Judgment affirmed.

Dabney & Fouche, for plaintiff in error.

Dean & Ewing, by Harrison & Peeples, for defendant.